UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Carol A. Doyle | **Hearing Date** | December 9, 2015 |
| **Bankruptcy Case No.** | 15 B 35476 | **Adversary No.** | 15 A 00840 |
| **Title of Case** | Wellington & Pulaski Condominium Assn | | |
| | City of Chicago vs. Coppola, et al. | | |
| **Brief Statement of Motion** | Removal action | | |

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS ORDERED that this adversary proceeding is dismissed for failure to properly remove a lawsuit to federal court pursuant to Rule 9027 of the Federal Rules of Bankruptcy Procedure, and because the underlying involuntary bankruptcy case has been dismissed.

*/s/ Carol A. Doyle*